AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Nicholas Oslander | ) Case No. 17CR10051 |
| | ) (MBB) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nicholas Oslander,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)

Date: March 9, 2017

*Issuing officer's signature*

City and state: Boston, Massachusetts

MAGISTRATE JUDGE DAVID H. Hennessy
*Printed name and title*

### Return

This warrant was received on *(date)* 03/09/2017, and the person was arrested on *(date)* 03/10/2017
at *(city and state)* Quincy, MA.

Date: 03/10/2017

*Arresting officer's signature*

Eric S. Slaton, Special Agent
*Printed name and title*